# Exhibit 6

| Claim 1 – 8,490,846 | SlipToGrip's Smart Phone Holder Product |
|---|---|
| 1. A frictional pad in combination with an upward facing support surface of a dashboard or consol of a vehicle upon which the frictional pad is disposed and upon which a cell phone, GPS or digital music player is selectively disposed and held in a non-adhesive, non-slip, tacky fashion by the frictional pad, the frictional pad comprising: | SlipToGrip's Smart Phone Holder product is a frictional pad to be disposed on an upward facing support surface of a dashboard or consol, and upon which a cell phone, GPS or digital music player is disposed and held in a non-adhesive, non-slip, tacky fashion by the frictional pad |
| a) top and bottom surfaces, the bottom surface having a lowermost contact surface that is disposed on the upward facing support surface of the dashboard or console of the vehicle; | The Smart Phone Holder has top and bottom surface, and the bottom surface has a lowermost contact surface disposed on the dashboard or console of the vehicle  **Top Surface** / **Bottom Surface** |
| b) a pair of opposite sidewalls extending upward on opposite sides of the pad; | The Smart Phone Holder has a pair of opposite sidewalls extending upward on opposite sides of the pad  **Opposite Sidewalls** |

| | |
|---|---|
| c) a pair of inclined slots each formed in a different one of the pair of sidewalls oriented at a non-perpendicular angle with respect to the pad and laterally aligned with respect to one another; | The Smart Phone Holder includes a pair of inclined slots formed in a differeont one of the pair of sidewalls  The inclined slots are oriented at a non-perpendicular angle with respect to the pad and laterally aligned with respect to one another |
| d) the cell phone, GPS or digital music player removably disposable on and frictionally clinging to an uppermost contact surface of the pad between the opposite sidewalls and substantially parallel with the pad or uppermost contact surface thereof; and | The Smart Phone Holder is shown with a cell phone removably disposed on and frictionally clinging to an uppermost contact surface of the pad between the opposite sidewalls<br>The cell phone is substantially parallel with the pad or uppermost contact surface of the pad  |

| | |
|---|---|
| e) the cell phone, GPS or digital music player removably disposable in the pair of slots and held inclined with respect to the pad or uppermost contact surface thereof by the pair of sidewalls; and | The Smart Phone Holder is shown with a cell phone removably disponed in the pair of slots and held included with respect to the pad or uppermost contact surface of the pad by the pair of sidewalls  |
| f) the pad being flexible and bending at the pair of slots to increase a width of each of the pair of slots to receive the cell phone, UPS or digital music player therein, and to decrease the width of each of the slots to grip the cell phone, GPS or digital music player therein. | The Smart Phone Holder is flexible and bends at the pair of slots, increasing a width of the slots to receive the cell phone, and decreasing the width of the slots to grip the cell phone  **Bending at slots to increase and decrease width** |