# Exhibit 7

| Claim 1 – 8,851,349 | SlipToGrip's Smart Phone Holder Product |
|---|---|
| A frictional pad in combination with an upward facing support surface of a dashboard or consol of a vehicle upon which the frictional pad is disposed and upon which a cell phone, GPS or digital music player is selectively disposed and held in a non-adhesive, non-slip, tacky fashion by the frictional pad, the frictional pad comprising: | SlipToGrip's Smart Phone Holder product is a frictional pad to be disposed on an upward facing support surface of a dashboard or consol, and upon which a cell phone, GPS or digital music player is disposed and held in a non-adhesive, non-slip, tacky fashion by the frictional pad |
| a) top and bottom surfaces, the bottom surface having a lowermost contact surface that is disposed on the upward facing support surface of the dashboard or console of the vehicle; | The Smart Phone Holder has top and bottom surface, and the bottom surface has a lowermost contact surface disposed on the dashboard or console of the vehicle  Top Surface / Bottom Surface |
| b) a pair of opposite sidewalls extending upward on opposite sides of the pad; | The Smart Phone Holder has a pair of opposite sidewalls extending upward on opposite sides of the pad  Opposite Sidewalls |

| | |
|---|---|
| c) a pair of inclined slots each formed in a different one of the pair of sidewalls oriented at a non-perpendicular angle with respect to the pad and laterally aligned with respect to one another; | The Smart Phone Holder includes a pair of inclined slots formed in a differeont one of the pair of sidewalls<br><br><br><br>The inclined slots are oriented at a non-perpendicular angle with respect to the pad and laterally aligned with respect to one another |
| d) the cell phone, GPS or digital music player removably disposable on and frictionally clinging to an uppermost contact surface of the pad; | The Smart Phone Holder packaging shows a cell phone removably disposed on and frictionally clinging to an uppermost contact surface of the pad<br><br> |
| e) the cell phone, GPS or digital music player removably disposable in the pair of slots and held inclined with respect to the pad or uppermost contact surface thereof by the pair of sidewalls; | The Smart Phone Holder packaging shows a cell phone removably disponed in the pair of slots and held inclined with respect to the pad or uppermost contact surface of the pad by the pair of sidewalls<br><br> |

| | |
|---|---|
| f) the pair of opposite sidewalls form a portion of a perimeter wall surrounding a majority of the pad; and | The sidewalls of the Smart Phone Holder form a portion of a perimeter wall surrounding a majority of the pad  |
| g) the perimeter wall includes a front wall with an elevational height less than an elevational height of the pair of sidewalls. | The perimeter wall includes a front wall with an elevational height less than an elevational height of the pair of sidewalls  |