# Exhibit 8

| Claim 1 – 7,125,602 | SlipToGrip's Premium Cell Pad Product |
|---|---|
| A frictional holding device in combination with a dashboard or console of a vehicle and receives and secures an item thereon, the combination comprising: | SlipToGrip's Premium Cell Pad product is a frictional pad to be disposed on an upward facing support surface of a dashboard or consol, and upon which a cell phone, GPS or digital music player is disposed and held in a non-adhesive, non-slip, tacky fashion by the frictional pad |
| (a) a dashboard or console of a vehicle; | The advertising material for the Cell Pad states "Great for Cell Phones, GPS, Garage Door Openers – SECURE object to your dashboard or counsole [*sic.*]" |
| (b) a pad having a bottom disposed on the dashboard or console of the vehicle, and a top; | The Cell Pad has a bottom disposed on the dashboard or console and a top<br><br>**Top**<br>**Bottom (meant to be disposed on dashboard or console)** |

| | |
|---|---|
| (c) the top having a contoured top surface extending over a majority of the top; | The Cell Pad has a contoured top surface extending over a majority of the top<br><br><br><br>**Contoured top surface** |
| (d) the top surface including a plurality of protrusions or indentations; | The top surface includes a plurality of protrusions and a plurality of indentations<br><br>**Plurality of protrusions and indentations** |
| (e) the bottom having a bottom surface smoother than the top surface and configured to contact and frictionally cling to the vehicle surface; and | The bottom of the Cell Pad is completely smooth and is configured to contact and frictionally cling to the vehicle surface (dashboard or console). |

| | |
|---|---|
| (f) an item, removably disposed on the top surface of the pad, the item being selected from the group consisting of: a cell phone, a personal digital assistant, a writing instrument, a pen, a pencil, sunglasses, eye glasses, a global positioning system, a radio, a two-way radio, a citizens band radio, a walkie-talkie, a camera, a video recorder, a cassette player/recorder, a mini-cassette recorder, a DVD player, a mini-disk player, and a portable television. | The Cell Pad is shown with a cell phone removably disposed on the top surface of the pad  |