# Exhibit 9

| Claim 1 – 7,252,867 | SlipToGrip's Premium Cell Pad Product |
|---|---|
| A frictional holding device in combination with a dashboard or console of a vehicle and receives and secures an item thereon, the combination comprising: | SlipToGrip's Premium Cell Pad product is a frictional pad to be disposed on an upward facing support surface of a dashboard or consol, and upon which a cell phone, GPS or digital music player is disposed and held in a non-adhesive, non-slip, tacky fashion by the frictional pad |
| a) a dashboard or console of a vehicle; | The advertising material for the Cell Pad states "Great for Cell Phones, GPS, Garage Door Openers – SECURE object to your dashboard or counsole [*sic.*]" |
| b) a pad having different top and bottom surfaces, the bottom surface is disposed on and frictionally clings to the dashboard or console of the vehicle; | The Cell Pad has a different top and bottom surface because the bottom is smooth and the bottom is configured to be disposed on the dashboard or console |

| | |
|---|---|
| c) at least a substantial portion of the top surface is a contoured top surface with a plurality of protrusions or indentations; and | The Cell Pad has a contoured top surface extending over a substantial portion of the top, with a plurality of protrusions and indentations  **Plurality of protrusions and indentiations** **Contoured top surface** |
| d) an item, removably disposed on and frictionally clings to the top surface of the pad, the item is selected from the group consisting of: a cell phone, a personal digital assistant, a writing instrument, a pen, a pencil, sunglasses, eye glasses, a global positioning system, a radio, a two-way radio, a citizens band radio, a walkie-talkie, a camera, a video recorder, a cassette player/recorder, a mini-cassette recorder, a DVD player, a mini-disk player, and a portable television. | The Cell Pad is shown with a cell phone removably disposed on the top surface of the pad  |